UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELVIN WORTHEY, JR., )<br>                Petitioner, )<br>     v.               )<br>F. GONZALEZ, Warden, )<br>                Respondent. )<br>_____) | No. CV 10-7338-MWF (RCF)<br><br>**ORDER ACCEPTING REPORT REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and the Report and Recommendation of United States Magistrate Judge. Petitioner did not file any objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 9, 2012

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE