# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ELVIN WORTHEY, JR., | ) | |
| Petitioner, | ) | No. CV 10-7338-MWF (RCF) |
| v. | ) | JUDGMENT |
| F. GONZALEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: July 9, 2012

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE